**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6298**

DONALD RAY PEVIA, JR.,

              Plaintiff - Appellant,

        v.

COLIN OTTEY, M.D.; GREG FLURY,

              Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.    Ellen L. Hollander, District Judge. (1:11-cv-03438-ELH)

Submitted:  July 25, 2013                 Decided:  July 29, 2013

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Ray Pevia, Jr., Appellant Pro Se.  Patricia H. Beall, Michelle Jacquelyn Marzullo, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ray Pevia, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pevia v. Ottey, No. 1:11-cv-03438-ELH (D. Md. filed Feb. 15, 2013, and entered Feb. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED